**J. H. CONWAY, Appellant, v. UNITED STATES of America, Appellee.**

No. 6989.

Circuit Court of Appeals, Ninth Circuit.

March 24, 1933.

R. F. Sweet, of Anchorage, Alaska, and A. J. Dimond, of Washington, D. C., for appellant.

W. N. Cuddy, U. S. Atty., of Valdez, Alaska, Clyde R. Ellis, Asst. U. S. Atty., of Cordova, Alaska, J. L. Reed, Asst. U. S. Atty., of Seward, Alaska, and I. M. Peckham, U. S. Atty., and Robert B. McMillan, Asst. U. S. Atty., both of San Francisco, Cal.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

This cause being called for argument, and motion being made on behalf of appellant for continuance of the cause for hearing or for submission on briefs to be filed, and counsel for appellee stating that no brief for appellant had been filed, and moving the court for dismissal of the appeal, it is ordered that the motion of appellant be denied, and motion of appellee granted, and cause dismissed for failure of appellant to file brief as required by rule 24 of the Rules of Practice of this court.

**W. V. COOPER, Treasurer of Summit County, v. Robert GUINTHER, Trustee in Bankruptcy for Swinehart Tire & Rubber Company, Bankrupt.**

No. 6089.

Circuit Court of Appeals, Sixth Circuit.

Dec. 15, 1932.

Don Isham, Pros. Atty., and Merryl F. Sicherman, Asst. Pros. Atty., both of Akron, Ohio, for appellant.

Stanley Denlinger, of Akron, Ohio, for appellee.

PER CURIAM.

Order of District Court modified and affirmed.

**S. E. J. COX et al. v. UNITED STATES of America.**

No. 800.

Circuit Court of Appeals, Tenth Circuit.

Jan. 30, 1933.

David Fant, of Oklahoma City, Okl., for appellants.

William Earl Wiles, Asst. U. S. Atty., of Oklahoma City, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

**CUTLER-HAMMER, Incorporated, Plaintiff-Appellant, v. CARLING TOOL & MACHINE COMPANY, Incorporated, Defendant-Appellee.**

No. 316.

Circuit Court of Appeals, Second Circuit.

March 13, 1933.

John W. Michael, of Milwaukee, Wis., and Horace L. Rockwell, of Hartford, Conn., for plaintiff-appellant.

T. Clay Lindsey, of Hartford, Conn., for defendant-appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree (3 F. Supp. 150) affirmed.